# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | |
|---|---|
| **CYNTHIA STATEN** | **CIVIL ACTION NO. 19-0143** |
| **VERSUS** | **JUDGE ELIZABETH ERNY FOOTE** |
| **RICARDO GUARDIOLA, ET AL.** | **MAGISTRATE JUDGE HORNSBY** |

## ORDER

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including written objections filed by Defendants, and determining that the findings are correct under the applicable law;

**IT IS ORDERED** that Plaintiff's Motion for Leave to File an Amended Complaint [Record Document 15] is **GRANTED**. As the parties are no longer completely diverse, this action is **REMANDED** to the 2nd Judicial District Court, Parish of Bienville, where it was pending as case #44-979.

**THUS DONE AND SIGNED** in Shreveport, Louisiana, this 4th day of June, 2019.

_____
ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDGE